IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JASON ROBERT JACKSON, STACY LYNN HENRY,<br><br>　　　　　　Defendants. | 4:14CR3032<br><br>**MEMORANDUM AND ORDER** |

Defendant Henry has moved to continue the pretrial motion deadline, (filing no. 30) to May 2, 2014. After the arrest and initial appearance of the co-defendant, the court entered a new progression order for this case which set a pretrial motion deadline of May 12, 2014. Accordingly,

IT IS ORDERED:

1) Defendant Henry's motion to continue the pretrial motion deadline to May 2, 2014, (filing no. 30), is denied as moot.

2) As to both defendants, the pretrial motion deadline remains May 12, 2014.

April 28, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge