IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3032 |
| v. | ) | |
| JASON ROBERT JACKSON, | ) | ORDER |
| Defendant. | ) | |

After conferring with counsel for both sides,

IT IS ORDERED that the government shall file an answer and supporting brief on or before November 21, 2016, in response to the motion to vacate under 28 U.S.C. § 2255 (filing no. 117).

DATED this 22nd day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge