IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3032 |
| v. | ) | |
| JASON ROBERT JACKSON, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States and against Jason Robert Jackson and his motion to vacate (filing no. 117) is denied and dismissed with prejudice. (See filing no. 138 which is herewith granted.)

DATED this 22nd day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge