IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA<br><br>                Plaintiff,<br><br>vs.<br><br>Jason Robert Jackson<br><br>                Defendant. | Case No. 4:14CR3032<br><br>Order |

Before the Court is the request for transcript of hearing held on February 4, 2015

IT IS ORDERED:

1. The request for transcript, filing [153] is granted.

2. Kyrie Kay Diessner, is advised that the cost of the transcript is $ 80.30 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 02/04/2015 A copy of this order should also be mailed to Kyrie Kay Diessner at the address provided in the request for transcript, filing no. [153].

DATED: June 27, 2022

BY THE COURT:

s/ Richard G. Kopf
United States District Judge